UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR20-303 PJS/HB

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(a)(2) |
| STEPHON LARON PARKER-ROUSE, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm)

On or about December 3, 2020, in the State and District of Minnesota, the defendant,

**STEPHON LARON PARKER-ROUSE,**

having previously been convicted of the following offense, which was punishable by imprisonment for a term exceeding one year:

| Offense | Court | Conviction Date (on or about) |
|---|---|---|
| First-Degree Assault with Great Bodily Harm | Hennepin County, MN | November 17, 2016 |

and knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and intentionally possessed, in and affecting interstate commerce, a loaded Sig Sauer 9mm semi-automatic pistol, serial number 66A500648, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

SCANNED
DEC 29 2020
U.S. DISTRICT COURT MPLS

United States v. Stephon Laron Parker-Rouse

## **FORFEITURE ALLEGATIONS**

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Section 922(g)(1), including the following firearm: a Sig Sauer 9mm semi-automatic pistol, serial number 66A500648 and all associated ammunition.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                   FOREPERSON