UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-303 PJS/HB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

**ORDER OF DETENTION**

STEPHON LARON PARKER-ROUSE,

    Defendant.

This matter came before the Court on January 5, 2021, upon the motion of the United States for an Order of Detention. The defendant was present and represented by his attorney, Kevin Riach. The United States was represented by Assistant United States Attorney Jeffrey S. Paulsen.

The defendant is charged by Indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). The Indictment establishes probable cause to believe the defendant committed the offense charged.

The defendant waived a formal detention hearing and agreed to the entry of a detention order against him, subject to his right to later move for reconsideration in the event of changed circumstances.

Based upon the information contained in the report of Pretrial Services, and the defendant's waiver, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community, and a showing by a preponderance of the evidence that no condition or

combination of conditions of bond will reasonably ensure the defendant's appearance in court.

    Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: January 6, 2021
        *s/Tony N. Leung*
        The Honorable Tony N. Leung
        United States Magistrate Judge